

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00863-CV

**IN RE ESSEX INSURANCE COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  December 18, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On December 6, 2013, relator Essex Insurance Company filed a petition for writ of mandamus and motion for emergency stay. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-13-112, styled *Rafael Zuniga v. San Diego Tortilla and Essex Insurance Company*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Ana Lisa Garza presiding.